# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN

IN RE: Peter R Magrane            Case No. 19-20499
                                                                               Chapter 13
                  Debtor(s)                     Judge Opperman

_____/

## DEBTOR'S RESPONSE TO FREEDOME MORTGAGE CORPORATION'S MOTION FOR LIFT OF STAY

NOW COMES Debtor, by and through his attorney, Klimmek Law Office PLC, and in response to the motion of the Freedom Mortgage Corporation (herein "Creditor") states as follows:

1. Admit.

2. Admit

3. Neither admit nor deny.

4. Neither admit nor deny.

5. Admit.

6. Admit. However, Debtor is elderly and his finances are managed by his adult daughter. Debtor's adult daughter became involved in internet gambling and misappropriated Debtor's Chapter 13 plan payment funds. Debtor will resume Chapter 13 plan payments and file a plan modification to resolve any funding and feasibility issues.

7. Deny.

8. No response required.

9. No response required

10. Deny.

11. Deny.

12. Neither admit nor deny.

13. Admit.

14. No response required.

15. No response required.

16. No response required.

17. No response required

18. No response required.

WHEREFORE, Debtor prays that this Court deny the relief requested.

Respectfully submitted,

/s/ Tadd R. Klimmek
Klimmek Law Office PLC
Attorney for Debtor(s)
Tadd R. Klimmek P64616
503 N. Euclid Ave, Suite 6
Bay City, MI 48706
989-297-6967

Date: 4/11/22   mail@klimmeklawoffice.com

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**

| | |
|---|---|
| IN RE: Peter R Magrane | Case No. 19-20499 |
| | Chapter 13 |
| Debtor(s) | Judge Opperman |
| _____/ | |

**PROOF OF SERVICE**

Tadd R. Klimmek certifies that on 4/11/22, a copy of Debtor's Response to Freedom Mortgage Corporation's Motion for Lift of Stay and this Proof of Service were served upon the Creditor, Chapter 13 Trustee and US Trustee via ECF

                                            Respectfully submitted,

                                            /s/ Tadd R. Klimmek
                                            Klimmek Law Office PLC
                                            Attorney for Debtor(s)
                                            Tadd R. Klimmek P64616
                                            503 N. Euclid Ave, Suite 6
                                            Bay City, MI 48706
                                            989-297-6967
Date: 4/11/22                                  mail@klimmeklawoffice.com