# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# NORTER DIVISION- BAY CITY

In Re:

   Peter R Magrane                                         Case No. 19-20499-dob
                                                                    Chapter 13
                                                                    Hon. Daniel S. Opperman

   Debtor,
_____/

## STIPULATION TO ADJOURN HEARING OTHER THAN §341 MEETING

The undersigned parties agree to the entry of an Order to Adjourn Hearing Other Than §341 Meeting as evidenced by the attached exhibit A for the reason stated in the Order.

Within three (3) days of the date of execution of this Stipulation, ***the party with the checked box below*** shall submit this Stipulation and the proposed Order to the Court.

☒ /s/ Panayiotis Marselis
Panayiotis Marselis (P66572)
Attorney for Creditor
Freedom Mortgage Corporation
3290 W. Big Beaver, Ste 117
Troy, MI 48084
pmarselis@hoflawgroup.com
(248) 362-2600

☒ /s/ Tadd R. Klimmek with consent
Attorney for Debtor(s) Signature
Tadd R. Klimmek (P64616)
Klimmek Law Office PLC
7479 Middlebelt Rd., Suite 2
West Bloomfield, MI 48322

Date: April 18, 2022

| | |
|---|---|
| **Peter R Magrane** | **Case No. 19-20499-dob**<br>**Chapter 13**<br>**Hon. Daniel S. Opperman** |
| **Debtor,** | |
| _____/ | |

## ORDER ADJOURNING HEARING OTHER THAN §341 MEETING

**THIS MATTER** having come before the Court based on the stipulation of the parties as regards to the following, and the Court finding cause to grant the requested relief:

*(Only those boxes checked apply):*

☐ Motion to Dismiss Case ☐ Plan Confirmation ☐ Plan Modification

☒ Motion for Relief from Stay as to creditor: Freedom Mortgage Corporation

☐ Motion for Loan Modification

☐ Objection to Proof of Claim #: _____ ☐ Other: _____

**IT IS HEREBY ORDERED** THE ABOVE REFERENCED MATTER(S) IS/ARE ADJOURNED FROM **April 21, 2022 to May 19, 2022** AT 10:00 A.M.

**IT IS FURTHER ORDERED** *(only those boxes checked apply)*:

☐ Debtor shall be 100% current in plan payments, pursuant to the Trustee's records, on or before _____.

☐ Debtor shall file a Plan Modification on or before _____.

☐ Debtor shall provide _____ to the Trustee on or before _____.

☒ Other: The Debtor is to make a Plan Payment to the Chapter13 Trustee by April 28, 2022 and the Payment to post on the Chapter 13 Trustee by May 10, 2022.

**IT IS FURTHER ORDERED** *(only those boxes checked apply)*:

☐ If any of the above is not completed by the date specified, the Plan Modification may be denied without further notice or hearing upon the filing by the Trustee of an affidavit of non-compliance.

☒ If any of the above is not completed by the date specified, the automatic stay as to the property described as 2357 Heath Road, Lupton, MI 48635 may be lifted without further notice or hearing upon the filing by the Creditor herein of an affidavit of non-compliance.