UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

Peter R Magrane     Case No. 19-20499-dob
                    Chapter 13
                    Hon. Daniel S. Opperman

Debtor,
_____/

## ORDER ADJOURNING APRIL 21, 2022 HEARING TO MAY 12, 2022

**THIS MATTER** having come before the Court based on the stipulation of the parties as regards to the following, and the Court finding cause to grant the requested relief:

Motion for Relief from Stay as to creditor: Freedom Mortgage Corporation

**IT IS HEREBY ORDERED** THE ABOVE REFERENCED MATTER IS ADJOURNED FROM **April 21, 2022 to May 19, 2022** AT 10:00 A.M.

**IT IS FURTHER ORDERED** The Debtor is to make a Plan Payment to the Chapter 13 Trustee by April 28, 2022 and the Payment to post on the Chapter 13 Trustee by May 10, 2022.

**IT IS FURTHER ORDERED** If the above is not completed by the date specified, the automatic stay as to the property described as 2357 Heath Road, Lupton, MI 48635 may be lifted without further notice or hearing upon the filing by the Creditor herein of an affidavit of non-compliance.

**Signed on April 18, 2022**



/s/ Daniel S. Opperman
Daniel S. Opperman
United States Bankruptcy Judge