### UNITED STATES BANKRUPTCY COURT
Eastern District of Michigan
111 First Street
Bay City, MI 48708

---

Case No.: 19–20499–dob
Chapter: 13
Judge: Daniel S. Opperman.BayCity

In Re: (NAME OF DEBTOR(S))
　Peter R Magrane
　2357 Heath Rd
　Lupton, MI 48635

Social Security No.:
　xxx–xx–4020

Employer's Tax I.D. No.:

---

### AMENDED NOTICE OF ADJOURNED HEARING TO CORRECT DATE OF HEARING

PLEASE TAKE NOTICE that the HEARING on 5/19/2022 at 10:00 am to consider and act upon the following:

**73** – Motion for Relief from Stay and Waiving the FRBP 4001 (a)(3) Re: 2357 Heath Road, Lupton, MI 48635 . Fee Amount $188, Filed by Creditor Freedom Mortgage Corporation (Marselis, Panayiotis)

is hereby adjourned to: 5/26/22 at 10:00 AM at U.S. Bankruptcy Court Courtroom, 111 First St., Bay City, MI 48708

PLEASE NOTE CORRECTED DATE FOR HEARING.

Dated: 4/22/22

BY THE COURT

Todd M. Stickle, Clerk of Court
U.S. Bankruptcy Court