B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

Eastern District of Michigan

In re  Peter R. Magrane                  ,            Case No.  19-20499-dob

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

U.S. Bank National Association, not in its individual capacity but solely as trustee for RMTP Trust, Series 2021 Cottage-TT-V                                    Freedom Mortgage Corporation
      Name of Transferee                                                                   Name of Transferor

Name and Address where notices to transferee should be sent:
  c/o Rushmore Loan Management Services
  P.O. Box 55004
  Irvine, CA 92619-2708

Court Claim # (if known): 13-1
Amount of Claim: $74,358.08
Date Claim Filed: 05/20/2019

Phone:  888.504.6700
Last Four Digits of Acct #:   1214

Phone:  855.690.5900
Last Four Digits of Acct. #:   5213

Name and Address where transferee payments should be sent (if different from above):
  c/o Rushmore Loan Management Services
  P.O. Box 52708
  Irvine, CA 92619-2708

Phone:  888.504.6700
Last Four Digits of Acct #:   1214

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Molly Slutsky Simons                          Date: 05/23/2022
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.